UNITED STATES DISTRICT COURT FOR
THE SOUTHER DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

RICHARD CUFFARO, on behalf of himself
and all others similarly situated,

                             Plaintiff,                          CONSENT TO BECOME
                                                         A PARTY PLAINTIFF

   -against-

                                                                  Civ. Action No.  18-cv-2987

ROMAN VCHERASHANSKY, ALEX LERNER, STEVEN
UNGER, DEPENDABLE AMBULETTE, INC., ALL-POINTS
AMBULETTE, INC. and GEORGE TOWN MANAGEMENT,
INC.,

                             Defendants.

--------------------------------------------------------------------------X

By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action in my name and on my behalf.

I worked for ROMAN VCHERASHANSKY, ALEX LERNER, STEVEN UNGER, DEPENDABLE AMBULETTE, INC., ALL-POINTS AMBULETTE and GEORGE TOWN MANAGEMENT, INC. ("Defendants").  I worked in excess of forty hours per week within the last three years.  Defendants failed to pay me all of the overtime pay they owe me in accordance with the Fair Labor Standards Act.

I hereby designate The Marlborough Law Firm, PC and other attorneys with whom they may associate to represent me for all purposes in the action.

Name: _Richard Cuffaro_

Signature: _[signed] Richard Cuffaro_

Date: _4/4/2018_