UNITED DISCTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
RICHARD CUFFARO, on behalf of himself
and all others similarly situated,

                          Plaintiff,

    -against-

ROMAN VCHERASHANSKY, ALEX LERNER, STEVEN UNGER, DEPENDABLE AMBULETTE, INC., ALL-POINTS AMBULETTE, INC. and GEORGETOWN MANAGEMENT, INC.

                          Defendants.

-------------------------------------------------------------------------------X

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Civ. Action No. 18-civ-02987 (AJN)

THIS MATTER having been opened to the Court by Christopher Marlborough, Esq and the Marlborough Law Firm, P.C., attorney for Plaintiff Richard Cuffaro on a Notice of Motion for Leave to Withdraw as Counsel for the Defendants; and Defendants having received notice of the Notice of Motion for Leave to Withdraw as Counsel; and the Court having considered the pleadings filed in support of the relief requested, and the pleadings, if any, filed in opposition to the relief requested; and for good cause shown;

IT IS on this _____ day of _____, 2018, ORDERED:

       1.      The Motion for Leave to Withdraw as Counsel for Plaintiff is granted, and Christopher Marlborough, Esq and the Marlborough Law Firm, P.C., as relieved as counsel for Plaintiff;

       2.      A true copy of this Order shall be served on Defendants within ten days of the date of this Order.

_____
ALISON NATHAN, U.S.D.J.