UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Richard Cuffaro,

                Plaintiff,

—v—

Roman Vcherashansky et al.,

                Defendants.

18-cv-2987 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 30, 2018, the Court granted Christopher Marlborough's request to withdraw as counsel for the Plaintiff and stayed the action for thirty days to allow the Plaintiff to obtain new counsel. Dkt. No. 31. The Court warned the Plaintiff that if he did not obtain new counsel or file a pro se notice of appearance, his action would be dismissed for failure to prosecute. No notice of appearance has been filed by either the Plaintiff or new counsel for the Plaintiff. As a result, this case is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is instructed to close the case and issue judgment.

    Chambers will mail a copy of this order to the Plaintiff and note its mailing on the public docket.

SO ORDERED.

Dated: July 5, 2018
        New York, New York

_____
ALISON J. NATHAN
United States District Judge