UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Richard Cuffaro,

                Plaintiff,

-v-

Roman Vcherashansky et al.,

                Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/18

18 CIVIL 2987 (AJN)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 6, 2018, no notice of appearance has been filed by either the Plaintiff or new counsel for the Plaintiff. As a result, this case is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 (b); accordingly, the case is closed.

**Dated:** New York, New York
        July 6, 2018

                                                                      **RUBY J. KRAJICK**
                                                                        Clerk of Court
                                      **BY:**
                                                                          **Deputy Clerk**